**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

RICCO LEICHTLE,

Plaintiff,

v. No. 25-cv-0206-JCH-JHR

RALPH LUCERO, *et al*,

Defendants.

**MEMORANDUM OPINION AND ORDER**

This matter is before the Court on Plaintiff's Amended Prisoner Civil Complaint. (Doc. 2) (Amended Complaint). Plaintiff is incarcerated and proceeding *pro se*. The Amended Complaint addresses the conditions at his prior facility, Penitentiary of New Mexico (PNM). Plaintiff alleges that in February of 2025, PNM Wardens Lucero and Rodriguez knowingly placed him in a cellblock with overflowing toilets; no hot water; and inoperable heaters. *See* Doc. 2 at 4-5. Plaintiff alleges he spent at least five days in an unsanitary cell. *Id.* He states he became sick due to sewage, cold showers, and lack of heat. *Id.* at 5. The Amended Complaint seeks damages under 42 U.S.C. § 1983 from Lucero; Rodriguez; and possibly PNM or a prior facility. *Id.* at 1-2.

Accepting the allegations as true, the Court finds the Amended Complaint is not subject to summary dismissal under 28 U.S.C. § 1915(e). The Court will require Wardens Lucero and Rodriguez to answer the Amended Complaint (Doc. 2) once the pleading is served. Plaintiff is entitled to assistance with service since he is proceeding *in forma pauperis,* provided he supplies Defendants' addresses. *See* Fed. R. Civ. P. 4(c) (requiring the Court to effectuate service where the plaintiff is proceeding *in forma pauperis*); *Washington v. Correia,* 546 Fed. App'x 786, 789

(10th Cir. 2013) ("[T]he onus [is] squarely on plaintiffs to track down the whereabouts of defendants to effectuate service … even when the plaintiffs are in prison."). Plaintiff states Wardens Lucero and Rodriguez work at PNM and provides an address for that facility. *See* Doc. 2 at 2. The Court will attempt service using PNM's public mailing address and give Defendants an opportunity to waive formal service requirements before ordering personal service by the U.S. Marshal. Any costs of service may be imposed on a Defendant if he declines to waive personal service without good cause. *See* Fed. R. Civ. P. 4(d)(2).

Plaintiff may also intend to sue PNM or a prior facility, Central New Mexico Correction Facility (CNMCF), although it is not entirely clear from the filings. To the extent Plaintiff asserts § 1983 claims against PNM or CNMCF, such claims do not survive review. It is well settled that state prisons are not "persons" subject to suit under § 1983. *See Will v. Michigan Dept. of State Police*, 491 U.S. 58, 66, 71 (1989) (neither state nor state agency is a "person" that can be sued under § 1983); *Buchanan v. Okla.*, 398 Fed. App'x 339, 342 (10th Cir. 2010) ("State-operated detention facilities .... are not 'persons' ... under § 1983"); *Krebs v. El Dorado Corr. Facility*, 673 Fed. App'x 891, 892 (10th Cir. 2016) ("claims against the correctional facilities must fail because State agencies (including correctional facilities) are not persons under section 1983."). Consistent with this authority, the Court will dismiss any § 1983 claims against PNM or CNMCF.

Plaintiff is finally reminded that the Amended Complaint is the operative pleading at this time. The Court is not considering claims in the original Letter-Filing (Doc. 1), which addresses a different set of facts and a different prison. *See Franklin v. Kansas Dep't of Corr.,* 160 Fed. App'x 730, 734 (10th Cir. 2005) ("An amended complaint supersedes the original complaint and renders the original complaint of no legal effect[,]" and district courts generally "examin[e] only

those claims that [a]re included in [the *pro se* prisoner's] … amended complaint").

**IT IS ORDERED** that the Clerk's Office will **ISSUE** Notice and Request for Waiver of Service Forms, along with a copy of the Amended Complaint (**Doc. 2**), on the following Defendants:

PNM Warden Ralph Lucero
P.O Box 1059
Santa Fe, New Mexico 87504-1059

PNM Warden Ralph Rodriguez
P.O Box 1059
Santa Fe, New Mexico 87504-1059

**IT IS FURTHER ORDERED** that, to the extent Plaintiff asserts § 1983 claims against PNM or CNMCF, such claims are **DISMISSED**.

SENIOR UNITED STATES DISTRICT JUDGE